JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BATES, | ) | Case No. CV 13-4835 DSF (AGRx) |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| v. | ) | |
| | ) | |
| WORLD SAVINGS BANK, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court previously issued an Order to Show Cause re Dismissal for Lack of Prosecution on September 6, 2013 with a response due and a hearing set for September 30, 2013. Plaintiff failed to appear for the hearing and failed to timely respond to the order to show cause. On October 1, 2013, the Court issued another Order to Show Cause re Dismissal, and plaintiff has again failed to respond.

Therefore, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed in its entirety without prejudice.

Dated: 10/18/13

DALE S. FISCHER
United States District Judge